UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-CV-22881-KMW

JULIO C. PENA NAVAS; PABLO IRINEO  )
COTO MENDOZA and all others similarly )
situated under 29 U.S.C. 216(b),   )
                                   )
        Plaintiff,                 )
    vs.                            )
                                   )
PAVER DAVE, INC.; DAVID E. KELLER  )
                                   )
        Defendants.                )
_____    )

## STATEMENT OF CLAIM

Comes Now Plaintiffs, Julio C.Pena Navas and Pablo Irineo Coto Mendoza by and through undersigned counsel and hereby files their respective Statement of Claim and in support thereof states as follows:

**Federal Overtime Claim**
Julio C. Pena Navas

1. Period of Claim:    May 30, 2012 through May 30, 2015

2. Weeks:    156

3. *Average* Hourly Rate: $15.25

4. Halftime overtime rate for hours over 40 not compensated: $7.625

5. *Approximate* hours worked over 40 per week:    16

6. Calculation of overtime wages unpaid and owed: $7.625/hr x16 hrs/wk x 156/wks=$19,032.00

7. *Double Damages: $ 19, 032.00 x2=$38,064.00*

**Federal Overtime Claim**
  Pabo Irineo Coto Mendoza

   1.  Period of Claim:  February 1, 2012 through February 1, 2015

   2.  Weeks:  156

   3.  *Average* Hourly Rate: $15.25

   4.  Halftime overtime rate for hours over 40 not compensated: $7.625

   5.  *Approximate* hours worked over 40 per week:  16

   6.  Calculation of overtime wages unpaid and owed: $7.625/hr x16 hrs/wk x 156/wks=$19,032.00

   7.  *Double Damages: $ 19, 032.00 x2=$38,064.00*

            Respectfully Submitted,

            Steven C. Fraser, Esq.
            J.H. Zidell, P.A.
            Attorney for Plaintiff
            300 71st Street, Suite 605
            Miami Beach, Florida 33141
            Tel: (305) 865-6766
            Fax: (305) 865 – 7167
            Email: steven.fraser.esq@gmail.com

            By:__/s/ Steven C. Fraser_____
             Steven C. Fraser, Esq.
             Florida Bar Number: 625825

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF.  As of August 11, 2015 there are no appearances on behalf of Defendants.

           __/s/Steven C. Fraser__
           Steven C. Fraser, Esq.
           Fla. Bar No. 625825
           J.H. Zidell, P.A.
           Attorney for Plaintiff
           300 71st Street #605
           Miami Beach, Florida 33141
           Tel: (305) 865-6766
           Fax: (305) 865 – 7167
           Email: steven.fraser.esq@gmail.com