**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 15-22881-CIV-Simonton**

**Julio C Pena Navas, et al.**
        **Plaintiff,**
**vs.**

**Paver Dave, Inc., et al.**
        **Defendant.**
_____/

**CLERK'S NOTICE OF MEDIATOR DESIGNATION**

      In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Elaine E. Feldman
Salmon & Dulberg Dispute Resolution
19 West Flagler Street
Suite 620
Miami, FL 33130
Telephone: 305-773-7312
Facsimile: 305-666-1283
Email: elainefeldmanesq@gmail.com

      The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

      Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Allyson Greer Kutner
JH Zidell PA
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: 305-865-6766
Facsimile: 305-865-7167
Email: amorgado.jhzidell@gmail.com

      DONE at the Federal Courthouse Square, Miami, Florida this 4th day of April, 2016.

                                        STEVEN M. LARIMORE
                                        Court Administrator • Clerk of Court

                                        By: s/Peggy Johnson
                                        Deputy Clerk

Copies to:
The Honorable Andrea M. Simonton, United States Magistrate Judge
All Counsel of Record and/or Pro Se Parties
Elaine E. Feldman, Certified Mediator (Copy Mailed)                  Rev. 2013-01