UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 15-22881- cv-SIMONTON

JULIO C. PENA NAVAS,
PABLO IRINEO COTO MENDOZA
and all others similarly situated,

    Plaintiffs,

v.                                          <u>CONSENT CASE</u>

PAVER DAVE, INC. and
DAVID E. KELLER,

    Defendants.
_____/

## DEFENDANTS' DISCLOSURE OF TRIAL WITNESSES

Defendants, PAVER DAVE, INC. and DAVID E. KELLER, disclose their presently known Trial Witnesses as directed by the Court's 3/2/16 [DE 29] order:

1. David E. Keller
   c/o Langbein & Langbein, P.A.

2. Elizabeth Keller
   c/o Langbein & Langbein, P.A.

3. William Keller
   c/o Langbein & Langbein, P.A.

4. Chacon Esbin Lima
   c/o Langbein & Langbein, P.A.

5. Records Custodians for cellphones, banking, credit cards, medical records.

6. Clara Pena
   152 NW 6th Street
   Miami, FL

7. Maria Castillo
   152 NW 6th Street
   Miami, FL

8.  Maria Farkus
    Guatex LLC
    1420 W. Flagler Street
    Miami, FL

9.  Janet Vasallo
    Address to be Determined

>LANGBEIN & LANGBEIN, P.A.
>Counsel for the Defendants
>8181 NW 154th Street, Suite 105
>Miami Lakes, FL 33016
>Tel: (305) 556-3663
>Fax: (305) 556-3647
>Email: langbeinpa@bellsouth.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 6/3/16 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

>By: /s/ Leslie W. Langbein
>Leslie W. Langbein, Esq.
>Fla. Bar No. 305391

SERVICE LIST

J.H. ZIDELL, P.A.
David Kelly, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiffs