UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 15-22881- WILLIAMS/SIMONTON

JULIO C. PENA NAVAS,
PABLO IRINEO COTO MENDOZA
and  all others similarly situated,

      Plaintiffs,

v.

                                 <u>CONSENT CASE</u>

PAVER DAVE, INC. and
DAVID E.  KELLER,

      Defendants.
_____/

<u>DEFENDANTS' RESPONSE TO SHOW CAUSE ORDER</u>

      Defendants, PAVER DAVE, INC. and DAVID E. KELLER, pursuant to the Court's order dated 1/13/17, respond to the Order to Show Cause and state as follows:

1.     The parties had hoped to avoid the cost of mediation and had been negotiating in good faith for several weeks to resolve the dispute but as of yesterday, those efforts ended.

2.     Defendants were notified by Plaintiffs that they intended to seek an extension of time to complete mediation but as of the time of this response, no such motion had been filed.   It is unknown whether Plaintiffs made any attempts to contact the appointed mediator, Elaine Feldman, to obtain dates for mediation.

3.     In view of the foregoing, Defendants will contact Ms. Feldman's office tomorrow to obtain available dates and times to complete mediation before the cut-off and will file a Notice of Mediation.

Respectfully Submitted,

LANGBEIN & LANGBEIN, P.A.
Counsel for the Defendants.
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
(Tel) (305) 556-3663
(Fax) (305) 556-3647
Email: langbeinpa@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 1/17/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

By:  /s/  Leslie W. Langbein
           Leslie W. Langbein, Esq.
           Fla. Bar No. 305391

## SERVICE LIST

J.H. ZIDELL, P.A.
Joshua Sheskin, Esq.
Neil Tobak, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiffs
Email: ntobak.zidellpa@gmail.com