UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 15-22881- WILLIAMS/SIMONTON

JULIO C. PENA NAVAS,
PABLO IRINEO COTO MENDOZA
and all others similarly situated,

    Plaintiffs,

v.                                                          **CONSENT**

PAVER DAVE, INC. and
DAVID E. KELLER,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, PAVER DAVE, INC. and DAVID E. KELLER, give notice to the Court of the settlement of this action. The parties request they be given ten (10) days in which to submit their completed settlement agreement to the Court for a fairness review.

    Respectfully Submitted,

    LANGBEIN & LANGBEIN, P.A.
    Counsel for the Defendants.
    8181 NW 154th Street, Suite 105
    Miami Lakes, FL 33016
    (Tel) (305) 556-3663
    (Fax) (305) 556-3647
    Email: langbeinpa@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 2/1/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

By: /s/ Leslie W. Langbein
Leslie W. Langbein, Esq.
Fla. Bar No. 305391

## SERVICE LIST

J.H. ZIDELL, P.A.
Joshua Sheskin, Esq.
Neil Tobak, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiffs
Email: ntobak.zidellpa@gmail.com